IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:  Richard Lee Testut                             :   Bankruptcy No. 15-70579
        Annette Jean Crowe                             :   Chapter        13
                         Debtor                        :

RECEIVED

2019 FEB -4 P 1: 24

CLERK
U.S. BANKRUPTCY COURT
PITTSBURGH

NOTICE OF CHANGE OF ADDRESS

Undeliverable Address:

  Creditor Name:    Gateway One Lending & Finance, LLC

  Incorrect Address: 160 N Riverview Dr., Ste. 100
                     Anheim CA 92808

Corrected Address:

  Creditor Name:    Gateway One Lending & Finance, LLC

  Correct Address:  175 N Riverview Dr.
                    Anaheim CA 9808

Dated    1/30/2019

                                        Electronic Signature of Creditor
                                        /s/ Stephanie Acuna

                                        Typed Name
                                        Stephanie Acuna

                                        Address
                                        175 N Riverview Dr.
                                        Anaheim CA 92808

                                        Phone No.
                                        (888) 810-8740