IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| CASE NAME | Richard Lee Testut and Annette Jean Crowe |
|---|---|
| CASE NO. | 15-70579 JAD |
| RELATED TO DOCUMENT NO. | Notice of Change of Address for Gateway One Lending & Finance, LLC |

## NOTICE REGARDING
## NONCONFORMING DOCUMENT

The **Notice of Change of Address for Gateway One Lending & Finance, LLC** that you submitted has been accepted for filing. However, this document fails to conform to the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and/or Local Bankruptcy Rules.

The **Notice of Change of Address for Gateway One Lending & Finance, LLC must have filer's written signed signature listed.**

You must file **Notice of Change of Address for Gateway One Lending & Finance, LLC with the filer's signed signature listed** within ten (10) days of the date of this notice.

This deadline does not affect any other deadlines in your bankruptcy case.

**Please attach a copy of this Notice to the front of the** file **Notice of Change of Address for Gateway One Lending & Finance, LLC with the filer's signed signature listed that is filed in response to this Notice.**

| February 5, 2019 | By: | Lylenn Fox |
|---|---|---|
| Date | | Deputy Clerk |

#106c-I

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                          Case No. 15-70579-JAD
Richard Lee Testut                                              Chapter 13
Annette Jean Crowe
        Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0315-7          User: mgut              Page 1 of 1              Date Rcvd: Feb 05, 2019
                              Form ID: pdf901         Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 07, 2019.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/Text: jennifer.macedo@gatewayonelending.com Feb 06 2019 02:44:27
                Gateway One Lending & Finance, LLC,    175 N. Riverview Dr.,   Anaheim, CA 92808-1225
               +E-mail/Text: jennifer.macedo@gatewayonelending.com Feb 06 2019 02:44:27       Stephanie Acuna,
                c/o Gateway One Lending & Finance, LLC,    175 N. Riverview Dr.,   Anaheim, CA 92808-1225
                                                                                               TOTAL: 2
```

```
              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 07, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 5, 2019 at the address(es) listed below:
```
              Alexandra Teresa Garcia    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company ecfmail@mwc-law.com,  ecfmail@ecf.courtdrive.com
              Celine P. DerKrikorian    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company ecfmail@mwc-law.com
              James Warmbrodt    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company bkgroup@kmllawgroup.com
              James Warmbrodt    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
              Jill Manuel-Coughlin    on behalf of Creditor    BANK OF AMERICA, N.A. jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
               ;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com
              Jon A. McKechnie    on behalf of Joint Debtor Annette Jean Crowe jmckechnie@shepleylaw.com,
               bk@shepleylaw.com
              Jon A. McKechnie    on behalf of Debtor Richard Lee Testut jmckechnie@shepleylaw.com,
               bk@shepleylaw.com
              Kristen D. Little    on behalf of Creditor    BANK OF AMERICA, N.A. pabk@logs.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                               TOTAL: 10
```