IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:   Richard Lee Testut             :    Bankruptcy No. 15-70579
       Annete Jean Crowe          :    Chapter    13
                  Debtor      :

**RECEIVED**

FEB 12 REC'D

CLERK, U.S. BANKRUPTCY COURT
WEST DIST OF PENNSYLVANIA

## NOTICE OF CHANGE OF ADDRESS

Undeliverable Address:

    Creditor Name:    Gateway One Lending & Finance, LLC

    Incorrect Address: 160 N Riverview Dr., Ste. 100
                    Anheim CA 92808

Corrected Address:

    Creditor Name:    Gateway One Lending & Finance, LLC

    Correct Address:   175 N Riverview Dr.
                  Anaheim CA 92808

Dated   2/7/2019

                            Electronic Signature of Creditor

                            Typed Name
                            Stephanie Acuna

                            Address
                            175 N Riverview Dr.
                            Anaheim CA 92808

                            Phone No.
                            (888) 810-8740