IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 15-70579 JAD |
| RICHARD LEE TESTUT and | : | |
| ANNETTE JEAN CROWE, | : | |
| Debtors | : | Chapter 13 |
| | : | |
| RICHARD LEE TESTUT and | : | |
| ANNETTE JEAN CROWE, | : | Document No. |
| Movants | : | |
| | : | |
| v. | : | Related to Document No. 99 |
| | : | |
| RONDA J. WINNECOUR, STANDING | : | |
| CHAPTER 13 TRUSTEE, W.D. PA | : | |
| Respondent | | |

## ORDER OF COURT

AND NOW, this ___2nd___ day of ___May___, 2019, it is hereby Ordered and Directed as follows:

1. The Debtors/Movants may proceed with the purchase and finance of a vehicle as described below:

   a. The Debtors/Movants may dispose of Bankruptcy Estate Property by trading in the 2007 Hummer H3 and use proceeds towards the current proposed vehicle purchase.

   b. The final unpaid balance of the vehicle may not exceed Thirty Thousand Dollars ($30,000.00).

   c. The interest rate may not exceed 20.00%.

   d. The payment on the vehicle may not exceed Four Hundred Dollars ($440.00) per month.

2. Debtors' counsel must file a "Report of Sale" within ten (10) days of the actual purchase. Debtors' counsel must file an amended plan within thirty (30) days of consummation of the vehicle agreement.

FILED
5/2/19 12:31 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

U.S.B.C.J. Jeffery A. Deller

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 15-70579-JAD
Richard Lee Testut                                                        Chapter 13
Annette Jean Crowe
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7          User: mgut               Page 1 of 1              Date Rcvd: May 02, 2019
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 04, 2019.
db/jdb         +Richard Lee Testut,   Annette Jean Crowe,   1059 Gemmell Road,   Homer City, PA 15748-7811

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 04, 2019                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 2, 2019 at the address(es) listed below:
              Alexandra Teresa Garcia    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company ecfmail@mwc-law.com,   ecfmail@ecf.courtdrive.com
              Celine P. DerKrikorian    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company ecfmail@mwc-law.com
              James  Warmbrodt    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company bkgroup@kmllawgroup.com
              James  Warmbrodt    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
              Jill  Manuel-Coughlin    on behalf of Creditor    BANK OF AMERICA, N.A. jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
               ;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com
              Jon A. McKechnie    on behalf of Joint Debtor Annette Jean Crowe jmckechnie@shepleylaw.com,
               bk@shepleylaw.com
              Jon A. McKechnie    on behalf of Debtor Richard Lee Testut jmckechnie@shepleylaw.com,
               bk@shepleylaw.com
              Kristen D. Little    on behalf of Creditor    BANK OF AMERICA, N.A. pabk@logs.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                               TOTAL: 10