# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>RICHARD LEE TESTUT,<br>ANNETTE JEAN CROWE,<br><br>　　　　Debtor(s).<br><br>　　　　v.<br><br>NO RESPONDENT. | Bankruptcy No. 15-70579-JAD<br><br>Chapter 13<br><br>Doc. No.<br><br>Related to Doc. No. |

## NOTICE OF APPEARANCE ON BEHALF OF DEBTORS

TO THE CLERK, U.S. BANKRUPTCY COURT:

　　Kindly enter my appearance on behalf of Richard Lee Testut and Annette Jean Crowe, the debtor(s) in the above-captioned case, and add my name to the mailing matrix to receive notices of all matters in this case.

Respectfully submitted:

Dated: 10/14/2019

/s/ Daniel J. Boger, Esq.
Daniel J. Boger, Esq.
PA Bar ID No. 92961
Harold Shepley & Associates, LLC
209 West Patriot Street
Somerset, PA 15501
Phone: (814) 444-0500
Facsimile: (814) 444-0600
dboger@shepleylaw.com