# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:  RICHARD LEE TESTUT,<br>         ANNETTE JEAN CROWE,<br>         **Debtor(s).**<br><br>ANNETTE JEAN CROWE,<br><br>**Movant(s),**<br><br>v.<br><br>BAYADA HOME HEALTH CARE, INC.<br><br>**Respondent(s).** | Bankruptcy No. 15-70579-JAD<br><br>Chapter 13<br><br>Document No.<br>Related to Doc. No. 105<br><br>Motion No. ☐ WO-1<br>Motion No. ■ WO-2 |

### CERTIFICATE OF SERVICE OF AMENDED ORDER TO PAY TRUSTEE PURSUANT TO WAGE ATTACHMENT AND NOTIFICATION OF DEBTOR'S SOCIAL SECURITY NUMBER, LOCAL BANKRUPTCY FORM 12

I certify under penalty of perjury that I served the above-captioned documents on the party at the address specified below or on the attached list on November 6, 2019.

The type(s) of service made on the party was:  First-Class United States Mail, Postage Prepaid.

Party served by First-Class United States Mail, Postage Prepaid:

Bayada Home Health Care, Inc.
Attn: Sherry Artman
300 Oxford Drive
Suite 410
Monroeville, PA 15146


EXECUTED ON:   11/06/2019               /s/ Daniel J. Boger, Esq.
                                        Daniel J. Boger, Esq.
                                        PA Bar I.D. No. 92961
                                        Harold Shepley & Associates, LLC
                                        209 W. Patriot Street, Somerset, PA 15501
                                        Phone: (814) 444-0500
                                        E-mail: dboger@shepleylaw.com
                                        Counsel for the Debtor(s)