## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:  RICHARD LEE TESTUT,<br>         ANNETTE JEAN CROWE,<br>         **Debtor(s).**<br><br>ANNETTE JEAN CROWE,<br><br>**Movant(s),**<br><br>v.<br><br>INTERIM HEALTHCARE PITTSBURGH,<br><br>**Respondent(s).** | Bankruptcy No. 15-70579-JAD<br><br>Chapter 13<br><br>Document No.<br>Related to Doc. No. 109<br><br>Motion No. ☐ WO-1<br>Motion No. ■ WO-2 |

### CERTIFICATE OF SERVICE

    I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on the 11th day of December, 2019, I served a copy of the within Order Terminating Wage Attachment by First-Class United States Mail, Postage Prepaid on Interim HealthCare Pittsburgh, Office of the U.S. Trustee, and the Chapter 13 Trustee at the addresses specified below.

Interim HealthCare Pittsburgh
Attn: Payroll
1789 South Braddock Avenue
Pittsburgh, PA 15218-1835

Office of the United States Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

Ronda J. Winnecour, Esq.
Suite 3250 USX Tower
600 Grant Street
Pittsburgh, PA 15219

Date:   12/11/2019

/s/ Daniel J. Boger, Esq.
Daniel J. Boger, Esq.
PA Bar ID No. 92961
Harold Shepley & Associates, LLC
209 West Patriot Street
Somerset, PA 15501
Phone: (814) 444-0500
Fax:    (814) 444-0600
dboger@shepleylaw.com
**Counsel for the Debtor(s)**