## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: RICHARD LEE TESTUT, ANNETTE JEAN CROWE, **Debtor(s).** | Bankruptcy No. 15-70579-JAD |
| | Chapter 13 |
| ANNETTE JEAN CROWE, | Document No. Related to Doc. No. 108 |
| **Movant(s),** | |
| v. | Motion No. ☐ WO-1 Motion No. ■ WO-2 |
| INTERIM HEALTHCARE PITTSBURGH, | |
| **Respondent(s).** | |

### ORDER TERMINATING WAGE ATTACHMENT

And now, this <u>11th</u> day of <u>December</u>, 20<u>19</u>, it is hereby Ordered that the Debtor's wage attachment through Interim HealthCare Pittsburgh evidenced by the Order filed on March 30, 2016 at Doc. No. 55 is terminated.

Movant shall, within 7 days hereof, serve a copy of the within Order on the parties in interest and file a certificate of service.

By the Court:

_____ sjk
JEFFERY A. DELLER
UNITED STATES BANKRUPTCY JUDGE

FILED
12/11/19 2:04 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Richard Lee Testut  
Annette Jean Crowe  
      Debtors

Case No. 15-70579-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-7     User: mgut     Page 1 of 1     Date Rcvd: Dec 11, 2019  
                    Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 13, 2019.  
db/jdb        +Richard Lee Testut,    Annette Jean Crowe,    1059 Gemmell Road,    Homer City, PA 15748-7811

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.       TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 13, 2019                                                                 Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 11, 2019 at the address(es) listed below:

         Alexandra Teresa Garcia    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited Liability Company ecfmail@mwc-law.com,    ecfmail@ecf.courtdrive.com  
         Ann E. Swartz    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited Liability Company ecfmail@mwc-law.com,    ecfmail@ecf.courtdrive.com  
         Celine P. DerKrikorian    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited Liability Company ecfmail@mwc-law.com  
         Daniel J. Boger    on behalf of Debtor Richard Lee Testut dnlboger@yahoo.com, dboger@shepleylaw.com;mjury@shepleylaw.com;bk@shepleylaw.com  
         Daniel J. Boger    on behalf of Joint Debtor Annette Jean Crowe dnlboger@yahoo.com, dboger@shepleylaw.com;mjury@shepleylaw.com;bk@shepleylaw.com  
         James Warmbrodt    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited Liability Company bkgroup@kmllawgroup.com  
         James Warmbrodt    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com  
         Jill Manuel-Coughlin    on behalf of Creditor    BANK OF AMERICA, N.A. jill@pkallc.com, chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com  
         Jon A. McKechnie    on behalf of Joint Debtor Annette Jean Crowe jmckechnie@shepleylaw.com, bk@shepleylaw.com  
         Jon A. McKechnie    on behalf of Debtor Richard Lee Testut jmckechnie@shepleylaw.com, bk@shepleylaw.com  
         Kristen D. Little    on behalf of Creditor    BANK OF AMERICA, N.A. pabk@logs.com  
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com

                                                                                              TOTAL: 13