**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

06/05/2020

IN RE:

RICHARD LEE TESTUT
ANNETTE JEAN CROWE
1059 GEMMELL ROAD
HOMER CITY, PA 15748
XXX-XX-5465          Debtor(s)

XXX-XX-7094

Case No. 15-70579 JAD

Chapter 13

**NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS**

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

6/5/2020

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee/Court Claim | Claim/Comment | Cred Desc/Account |
|---|---|---|---|
| **BAYVIEW LOAN SERVICING LLC**** 4425 PONCE DE LEON BLVD 5TH FL  CORAL GABLES, FL 33146 | Trustee Claim Number:1   INT %: 0.00% Court Claim Number:11  CLAIM: 0.00 COMMENT: CL11GOV*1734.27/PL*1728.09 X (60+2)=LMT*BGN 9/15*LATE*FR BOA~DOC 76 | | CRED DESC: MORTGAGE REGULAR PAYMEN ACCOUNT NO.: 1711 |
| **PERITUS PORTFOLIO SERVICES II LLC** PO BOX 141419  IRVING, TX 75014-1419 | Trustee Claim Number:2   INT %: 0.00% Court Claim Number:6  CLAIM: 16,574.94 COMMENT: PIF/CTR*C6GOV*24074@0%/PL@K*PL NT K*FR FIRST NTNL BNK OF PA~DOC 84*T | | CRED DESC: VEHICLE ACCOUNT NO.: 7020 |
| **GATEWAY ONE LENDING & FINANCE LLC*** 175 N RIVERVIEW DR  ANAHEIM, CA 92808 | Trustee Claim Number:3   INT %: 10.99% Court Claim Number:2  CLAIM: 17,869.17 COMMENT: C2GOV*19369.24@0%/PL@K~PL NT K*910 CL=$19,538.17~PIF/CRED | | CRED DESC: VEHICLE ACCOUNT NO.: 5465 |
| **INTERNAL REVENUE SERVICE*** CENTRALIZED INSOLVENCY-TRUSTEE REMITS PO BOX 7317  PHILADELPHIA, PA 19101-7317 | Trustee Claim Number:4   INT %: 0.00% Court Claim Number:3  CLAIM: 3,398.91 COMMENT: 5465;7094/CL*C3GOV*2570.30@6%TTL/PL | | CRED DESC: PRIORITY CREDITOR ACCOUNT NO.: 5465 |
| **INTERNAL REVENUE SERVICE*** CENTRALIZED INSOLVENCY-TRUSTEE REMITS PO BOX 7317  PHILADELPHIA, PA 19101-7317 | Trustee Claim Number:5   INT %: 0.00% Court Claim Number:  CLAIM: 0.00 COMMENT: COMB@CID 4 | | CRED DESC: PRIORITY CREDITOR ACCOUNT NO.: 7094:12 |
| **ECMC(*)** LOCKBOX #8682 PO BOX 16478  ST PAUL, MN 55116-0478 | Trustee Claim Number:6   INT %: 0.00% Court Claim Number:5  CLAIM: 69,827.06 COMMENT: 30541/SCH*ACS/SCH*FR NELNET NHELP III OBO ASA~DOC 67 | | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 7094 |
| **BOUMA CHIROPRACTICS** 2130 ROUTE 422 WEST  INDIANA, PA 15701 | Trustee Claim Number:7   INT %: 0.00% Court Claim Number:  CLAIM: 0.00 COMMENT: NT ADR/SCH | | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 2286 |
| **DIRECTV (*) - TRUSTEE PAYMENTS** PO BOX 5008  CAROL STREAM, IL 60197-5008 | Trustee Claim Number:8   INT %: 0.00% Court Claim Number:  CLAIM: 0.00 COMMENT: NT ADR/SCH | | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: ? |
| **MIDLAND CREDIT MANAGEMENT INC** PO BOX 2011  WARREN, MI 48090 | Trustee Claim Number:9   INT %: 0.00% Court Claim Number:  CLAIM: 0.00 COMMENT: FIRST BANK OF DE/SCH | | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 6444 |
| **FIRST PREMIER BANK** POB 5114  SIOUX FALLS, SD 57117 | Trustee Claim Number:10   INT %: 0.00% Court Claim Number:  CLAIM: 0.00 COMMENT: NT ADR/SCH | | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 9951 |

| Creditor | Address | Trustee Claim # | Court Claim # | Claim | Comment | Cred Desc | Account No. |
|---|---|---|---|---|---|---|---|
| INDIANA REGIONAL IMAGING | 7 ACEE DR, NATRONA HEIGHTS, PA 15065-9700 | 11 INT %: 0.00% | | 0.00 | | UNSECURED CREDITOR | 7454 |
| CMC | POB 16346, PITTSBURGH, PA 15242-0346 | 12 INT %: 0.00% | | 0.00 | INDIANA RGNL MDCL CNTR/SCH | UNSECURED CREDITOR | 7656,9754 |
| INDIANA REGIONAL MEDICAL CNTR | 835 HOSPITAL RD, POB 788, INDIANA, PA 15701 | 13 INT %: 0.00% | 7 | 4,056.88 | SCH@CID 13-15*DKT | UNSECURED CREDITOR | 3205 / 4084 / 9380 |
| INDIANA REGIONAL MEDICAL CNTR | 835 HOSPITAL RD, POB 788, INDIANA, PA 15701 | 14 INT %: 0.00% | | 0.00 | COMB@CID 13 | UNSECURED CREDITOR | 4084 |
| PENN CREDIT CORP++ | POB 988*, HARRISBURG, PA 17108 | 15 INT %: 0.00% | | 0.00 | INDIANA RGNL MDCL CNTR/SCH*COMB@CID 13 | UNSECURED CREDITOR | 9380 |
| JEFFERSON CAPITAL SYSTEMS LLC* | PO BOX 772813, CHICAGO, IL 60677-2813 | 16 INT %: 0.00% | | 0.00 | | UNSECURED CREDITOR | 1521 |
| QUANTUM3 GROUP LLC AGNT - STERLING JEW | PO BOX 788, KIRKLAND, WA 98083-0788 | 17 INT %: 0.00% | 1 | 520.38 | C1GOV@0%@LVL/CONF*UNS/SCH-PL*KAY JEWELERS/SCH*WNTS 24.99% | SECURED CREDITOR | 0911 |
| DIVERSIFIED COLLECTIONS*++ | POB 200, GREENSBURG, PA 15601 | 18 INT %: 0.00% | | 0.00 | LATROBE AREA HSPTL/SCH | UNSECURED CREDITOR | 0902,0695 |
| CBCS | PO BOX 2724, COLUMBUS, OH 43216-2724 | 19 INT %: 0.00% | | 0.00 | LATROBE AREA HSPTL/SCH | UNSECURED CREDITOR | 7967,1333 |
| LATROBE HOSPITAL | FIRST AVENUE, LATROBE, PA 15650 | 20 INT %: 0.00% | | 0.00 | NT ADR/SCH | UNSECURED CREDITOR | 9289 |

| Creditor | Claim Info | Description |
|---|---|---|
| **MEANINGFUL BEAUTY**<br>PO BOX 360252<br><br>DES MOINES, IA 50336-2522 | Trustee Claim Number: 21  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9438 |
| **PRA RECEIVABLES MANAGEMENT LLC - AGNT**<br>PO BOX 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number: 22  INT %: 0.00%<br>Court Claim Number: 9<br>CLAIM: 4,543.46<br>COMMENT: 7977/SCH*FR ONE MAIN-DOC 88*2013 LOAN | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3377 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number: 23  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2883 |
| **ORION++**<br>C/O RECOVERY MGMNT SYST CORP<br>25 SE 2ND AVE STE 1120<br>MIAMI, FL 33131-1605 | Trustee Claim Number: 24  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: PENELEC/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: ? |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br>PHILADELPHIA, PA 19101-7317 | Trustee Claim Number: 25  INT %: 0.00%<br>Court Claim Number: 3<br>CLAIM: 3,827.19<br>COMMENT: C3GOV/CONF*NO GEN UNS/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7094 |
| **PA DEPARTMENT OF REVENUE***<br>BUR OF COMPL SECT-DEPT 280946<br>STRAWBERRY SQ<br>HARRISBURG, PA 17128 | Trustee Claim Number: 26  INT %: 3.00%<br>Court Claim Number: 4<br>CLAIM: 1,992.18<br>COMMENT: C4GOV*NT/SCH-PL | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 7094 |
| **PA DEPARTMENT OF REVENUE***<br>BUR OF COMPL SECT-DEPT 280946<br>STRAWBERRY SQ<br>HARRISBURG, PA 17128 | Trustee Claim Number: 27  INT %: 0.00%<br>Court Claim Number: 4<br>CLAIM: 1,198.99<br>COMMENT: C4GOV/CONF*NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7094 |
| **BAYVIEW LOAN SERVICING LLC****<br>4425 PONCE DE LEON BLVD 5TH FL<br><br>CORAL GABLES, FL 33146 | Trustee Claim Number: 28  INT %: 0.00%<br>Court Claim Number: 11<br>CLAIM: 23,961.08<br>COMMENT: CL11GOV*22231.81/PL*THRU 8/15*LATE*FR BOA~DOC 76 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 1711 |
| **PORANIA LLC**<br>C/O TYTECA LLC<br>PO BOX 35183<br>SEATTLE, WA 98124-5183 | Trustee Claim Number: 29  INT %: 0.00%<br>Court Claim Number: 8<br>CLAIM: 1,500.00<br>COMMENT: NT/SCH*PAYDAY.COM*CHG OFF 7/14/2012 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2254 |
| **ECAST SETTLEMENT CORP**<br>POB 29262<br><br>NEW YORK, NY 10087-9262 | Trustee Claim Number: 30  INT %: 0.00%<br>Court Claim Number: 10<br>CLAIM: 863.69<br>COMMENT: NT/SCH*DFCNCY BAL*FR CONSUMER PORTFOLIO-DOC 91*2012 LOAN | CRED DESC: UNSECURED/LATE FILED<br>ACCOUNT NO.: 1488 |

| | | |
|---|---|---|
| **JAMES C WARMBRODT ESQ** | Trustee Claim Number:31  INT %:  0.00% | CRED DESC:  NOTICE ONLY |
| KML LAW GROUP PC | Court Claim Number: | ACCOUNT NO.: |
| 701 MARKET ST STE 5000 | | |
| | CLAIM:  0.00 | |
| PHILADELPHIA, PA  19106 | COMMENT:  BAYVIEW LOAN/PRAE | |