**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>RICHARD LEE TESTUT,<br>ANNETTE JEAN CROWE,<br>    **DEBTOR(S)**.<br><br>RICHARD LEE TESTUT,<br>ANNETTE JEAN CROWE,<br>    **MOVANT(S)**,<br><br>        v.<br>Aaron's Sales and Lease Ownership,<br>ACS,<br>Amanda L. Crowe,<br>Bank of America, N.A.,<br>Bayview Loan Servicing, LLC,<br>Bouma Chiropractic Clinic, P.C.,<br>DirecTV,<br>eCAST Settlement Corporation,<br>ECMC,<br>First Bank of Delaware,<br>First National Bank,<br>First Premier Bank,<br>Gateway One Lending & Finance,<br>Gateway One Lending & Finance, LLC,<br>Indiana Regional Imaging, PC,<br>Indiana Regional Medical Center,<br>Internal Revenue Service,<br>Jefferson Capital Systems, LLC,<br>Kay Jewelers,<br>Kristen D. Little, Esq.,<br>Latrobe Area Hospital,<br>Meaningful Beauty,<br>North Shore Agency, Inc.,<br>Office of the United States Trustee,<br>OneMain Financial,<br>Orion,<br>Pennsylvania Department of Revenue,<br>Peritus Portfolio Services II, LLC,<br>Porania, LLC,<br>Portfolio Recovery Associates, LLC,<br>Quantum3 Group LLC as agent for<br>Sterling Jewelers Inc,<br>Ronda J. Winnecour, Esq.,<br>Santander Consumer USA, Inc.,<br>Shapiro & DeNardo, LLC,<br>    **RESPONDENT(S).** | Case No. 15-70579-JAD<br><br>Chapter 13<br><br>Doc. No.<br><br>Related to Doc. No. |

### CERTIFICATE OF SERVICE FOR NOTICE OF PROPOSED MODIFICATION TO CONFIRMED PLAN DATED AUGUST 18, 2015 AND AMENDED CHAPTER 13 PLAN DATED JUNE 15, 2020

    I certify under the penalty of perjury that I served the above-captioned documents on the parties at their respective addresses specified below, the Chapter 13 Trustee, and the Office of the United States Trustee on June 16, 2020.

    The types of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: First-Class United States Mail, Postage Prepaid.

Parties Served by First-Class Mail: Please refer to the attached list of parties served.

                 /s/ Daniel J. Boger, Esq.
                 Daniel J. Boger, Esq.
                 PA Bar ID No. 92961
                 Harold Shepley & Associates, LLC
                 209 West Patriot Street
                 Somerset, PA 15501
                 Telephone: (814) 444-0500
                 E-Mail: dboger@shepleylaw.com
                 Counsel for the Debtor(s)/Movant(s)

| | | |
|---|---|---|
| Aaron's Sales and Lease Ownership<br>2020 Shelly Drive<br>Indiana, PA 15701 | ACS<br>P.O. Box 371834<br>Pittsburgh, PA 15250-7834 | Amanda L. Crowe<br>684 North Ridge Road<br>Shelocta, PA 15774 |
| Bank of America, N.A.<br>C/O Powers Kirn & Associates, LLC<br>Attn: Jill Manuel-Coughlin, Esq.<br>Eight Neshaminy Interplex, Suite 215<br>Trevose, PA 19053 | Bayview Loan Servicing, LLC<br>4425 Ponce De Leon Blvd.<br>5th Floor<br>Coral Gables, FL 33146 | Bayview Loan Servicing, LLC<br>C/O Celine P. DerKrikorian, Esq.<br>123 South Broad Street<br>Suite 1400<br>Philadelphia, PA 19109 |
| Bayview Loan Servicing, LLC<br>C/O James C. Warmbrodt, Esq.<br>KML Law Group, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106 | Bayview Loan Servicing, LLC<br>4425 Ponce De Leon Blvd. 5th Floor<br>Coral Gables, FL 33146 | Bouma Chiropractic Clinic, P.C.<br>102 Christy Park Drive<br>Indiana, PA 15701 |
| DirecTV<br>P.O. Box 78626<br>Phoenix, AZ 85062-8626 | eCAST Settlement Corporation<br>P.O. Box 29262<br>New York, NY 10087-9262 | ECMC<br>P.O. Box 16408<br>Saint Paul, MN 55116-0408 |
| First Bank of Delaware<br>c/o Midland Credit Management, Inc.<br>8875 Aero Drive<br>Suite 200<br>San Diego, CA 92123 | First National Bank<br>P.O. Box 6122<br>Hermitage, PA 16148 | First Premier Bank<br>P.O. Box 5529<br>Sioux Falls, SD 57117-5529 |
| First Premier Bank<br>P.O. Box 5524<br>Sioux Falls, SD 57117-5524 | Gateway One Lending & Finance<br>160 N. Riverview Drive, Suite 100<br>Anaheim, CA 92808 | Gateway One Lending & Finance, LLC<br>175 N Riverview Dr.<br>Anaheim, CA 92808 |
| Indiana Regional Imaging, PC<br>7 Acee Drive<br>Natrona Heights, PA 15065-9700 | Indiana Regional Medical Center<br>c/o Credit Management Company<br>P.O. Box 16346<br>Pittsburgh, PA 15242-0346 | Indiana Regional Medical Center<br>835 Hospital Road<br>P.O. Box 788<br>Indiana, PA 15701-0788 |
| Indiana Regional Medical Center<br>835 Hospital Road<br>P.O. Box 788<br>Indiana, PA 15701 | Indiana Regional Medical Center<br>c/o Penn Credit Corporation<br>P.O. Box 988<br>Harrisburg, PA 17108-0988 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Jefferson Capital Systems, LLC<br>P.O. Box 953185<br>Saint Louis, MO 63195-3185 | Kay Jewelers<br>P.O. Box 740425<br>Cincinnati, OH 45274-0425 | Kay Jewelers<br>P.O. Box 3680<br>Akron, OH 44309 |
| Kristen D. Little, Esq.<br>Shapiro & DeNardo, LLC<br>3600 Horizon Drive, Suite 150<br>King of Prussia, PA 19406 | Latrobe Area Hospital<br>c/o DCI<br>P.O. Box 200<br>Greensburg, PA 15601 | Latrobe Area Hospital<br>c/o CBCS<br>P.O. Box 2724<br>Columbus, OH 43216-2724 |

Latrobe Hospital
Cashier
134 Industrial Park Road
Suite 2400
Greensburg, PA 15601-7848

Meaningful Beauty
P.O. Box 360252
Des Moines, IA 50336-2522

North Shore Agency, Inc.
P.O. Box 9221
Old Bethpage, NY 11804

Office of the United States Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

OneMain Financial
Bankruptcy Department
P.O. Box 6042
Sioux Falls, SD 57117-6042

Orion
C/O Recovery Management Systems
Corporation
25 SE 2nd Avenue, Suite 1120
Miami, FL 33131-1605

Pennsylvania Department of Revenue
Bankruptcy Division
P.O. Box 280946
Harrisburg, PA 17128-0946

Peritus Portfolio Services II, LLC
P.O. Box 141419
Irving, TX 75014-1419

Porania, LLC
P.O. Box 11405
Memphis, TN 38111

Portfolio Recovery Associates, LLC
P.O. Box 12914
Norfolk, VA 23541

Portfolio Recovery Associates, LLC
P.O. Box 41067
Norfolk, VA 23541

Portfolio Recovery Associates, LLC
120 Corporate Blvd.
Norfolk, VA 23502

Quantum3 Group LLC as agent for
Sterling Jewelers Inc
P.O. Box 788
Kirkland, WA 98083-0788

Quantum3 Group LLC as agent for Sterling
Jewelers, Inc.
P.O. Box 788
Kirkland, WA 98083-0788

Ronda J. Winnecour, Esq.
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Santander Consumer USA, Inc.
P.O. Box 961245
Fort Worth, TX 76161-1245

Shapiro & DeNardo, LLC
3600 Horizon Drive, Suite 150
King of Prussia, PA 19406