## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>RICHARD LEE TESTUT,<br>ANNETTE JEAN CROWE,<br>    **DEBTOR(S)**.<br><br>RICHARD LEE TESTUT,<br>ANNETTE JEAN CROWE,<br>    **MOVANT(S)**,<br><br>v.<br><br>BAYVIEW LOAN SERVICING, LLC, A DELAWARE LIMITED LIABILITY COMPANY,<br>    **RESPONDENT**,<br><br>RONDA J. WINNECOUR, ESQ.,<br>CHAPTER 13 TRUSTEE,<br>    **ADDITIONAL RESPONDENT.** | Case No. 15-70579-JAD<br><br>Chapter 13<br><br>Doc. No.<br><br>Related to Doc. No. |

### DECLARATION REGARDING NOTICE OF MORTGAGE PAYMENT CHANGE PURSUANT TO W.PA.LBR 3002-4 (b)(2)

AND NOW, come the debtors, Richard Lee Testut and Annette Jean Crowe, by and through their attorney, Daniel J. Boger, Esq. and the law firm of Harold Shepley & Associates, LLC, and respectfully file the within Declaration Regarding Notice of Mortgage Payment Change and, in support thereof, represent as follows:

**1.** The debtors are, Richard Lee Testut and Annette Jean Crowe, both adult individuals presently residing at 1059 Gemmell Road, Homer City, Pennsylvania 15748.

**2.** Counsel for the debtors is Daniel J. Boger, Esq., of Harold Shepley & Associates LLC, 209 West Patriot Street, Somerset, Pennsylvania 15501.

**3.** The mortgage company for the debtors' residential real estate is Bayview Loan Servicing, LLC, a Delaware Limited Liability Company, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gables, FL 33146 as indicated on the proof of claim and filed at Claim No. 11 in the Claims Register in this case.

**4.** The new post-petition monthly payment payable to Bayview Loan Servicing, LLC, a Delaware Limited Liability Company is $1,563.91 effective September 1, 2020 as indicated in the Notice of Mortgage Payment Change filed on July 23, 2020 at Claim No. 11 in the Claims Register in this case.

**5.** Debtor's counsel has reviewed the current Plan dated June 15, 2020 that was filed on June 16, 2020 at Doc. No. 113, recomputed the Plan payment based upon the mortgage payment change and believes that the existing Chapter 13 Plan payment is sufficient to fund the Plan.

Date:   07/23/2020

Respectfully submitted,
/s/ Daniel J. Boger, Esq.
Daniel J. Boger, Esq.
PA Bar ID No. 92961
Harold Shepley & Associates, LLC
209 W. Patriot Street
Somerset, PA 15501
Phone: (814) 444-0500
Fax:    (814) 444-0600
E-mail: dboger@shepleylaw.com