# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 15-70579-JAD |
| RICHARD LEE TESTUT, | : | |
| ANNETTE JEAN CROWE, | : | Chapter 13 |
| **Debtor(s)**. | : | |
| | : | Document No. |
| RICHARD LEE TESTUT, | : | |
| ANNETTE JEAN CROWE, | : | Related to Doc. No. |
| **Movant(s)**, | : | |
| | : | |
| v. | : | |
| | : | |
| RONDA J. WINNECOUR, ESQ., | : | |
| CHAPTER 13 TRUSTEE, | : | |
| **Respondent**. | : | |

## DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtors have made all payments required by the Chapter 13 Plan.

2. The Debtors are not required to pay any Domestic Support Obligations.

3. The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4. On September 15, 2015 at docket numbers 31 and 32, the Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing *Certifications of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificates of Completion* attached to the forms.

    This Certification is being signed under penalty of perjury by the undersigned counsel who duly questioned the Debtor about the statements in this Certification and verified the answers in support of this Certification.

Dated:  11/23/2020         By:    /s/ Daniel J. Boger, Esq.
                                  Daniel J. Boger, Esq.
                                  PA Bar ID No. 92961
                                  Harold Shepley & Associates, LLC
                                  209 W. Patriot Street
                                  Somerset, PA 15501
                                  Phone: (814) 444-0500
                                  E-Mail: dboger@shepleylaw.com