## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>RICHARD LEE TESTUT,<br>ANNETTE JEAN CROWE,<br>    **DEBTOR(S)**. | Case No. 15-70579-JAD<br><br>Chapter 13<br><br>Doc. No. |
| RICHARD LEE TESTUT,<br>ANNETTE JEAN CROWE,<br>    **MOVANT(S)**,<br><br>    v.<br><br>JUART BROS EXCAVATING, INC.,<br>    **RESPONDENT**,<br><br>RONDA J. WINNECOUR, CHAPTER 13 TRUSTEE,<br>    **ADDITIONAL RESPONDENT**. | Related to Doc. No. 128 |

**CERTIFICATE OF SERVICE FOR ORDER TO STOP PAYROLL DEDUCTIONS**

    I certify under the penalty of perjury that I served the above-captioned document on the parties at their respective addresses specified below, the Chapter 13 Trustee, and the Office of the United States Trustee on December 4, 2020.

    The types of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: First-Class United States Mail, Postage Prepaid.

Parties Served by First-Class Mail:

Juart Bros Excavating, Inc.
Attn: Payroll Manager
187 Juart Rd
Home, PA 15747

Office of the United States Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

Ronda J. Winnecour, Esq.
Chapter 13 Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219


/s/ Daniel J. Boger, Esq.
Daniel J. Boger, Esq.
PA Bar ID No. 92961
Harold Shepley & Associates, LLC
209 West Patriot Street
Somerset, PA 15501
Telephone: (814) 444-0500
E-Mail: dboger@shepleylaw.com
Counsel for the Debtor(s)/Movant(s)