**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>　RICHARD LEE TESTUT<br>ANNETTE JEAN CROWE<br>　　　　Debtor(s)<br>　Ronda J. Winnecour, Trustee<br>　　Movant<br>　　　vs.<br>　RICHARD LEE TESTUT<br>ANNETTE JEAN CROWE<br><br>　　　Respondents | Case No.15-70579JAD<br><br><br><br>Chapter 13<br><br><br>　Related to<br>Document No. ___127___ |

**ORDER TO STOP PAYROLL DEDUCTIONS**

　AND NOW, this ___1st___ day of __December__, 20_20_, it is hereby ORDERED, ADJUDGED, and DECREED that,

　　　　Juart Bros Excavating Inc
　　　　Attn: Payroll Manager
　　　　　187 Juart Rd
　　　　　Home, PA 15747

is hereby ordered to immediately terminate the attachment of the wages of RICHARD LEE TESTUT, social security number XXX-XX-5465. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of RICHARD LEE TESTUT.

cc: Debtor(s)
　Debtor(s) Attorney
　Debtor(s) Employer

BY THE COURT:

_____sjk_____
UNITED STATES BANKRUPTCY JUDGE
Jeffery A. Deller

　　　FILED
　　　12/1/20 11:55 am
　　　CLERK
　　　U.S. BANKRUPTCY
　　　COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:   Case No. 15-70579-JAD

Richard Lee Testut   Chapter 13

Annette Jean Crowe

    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0315-7      User: mgut      Page 1 of 2

Date Rcvd: Dec 02, 2020      Form ID: pdf900      Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 04, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Richard Lee Testut, Annette Jean Crowe, 1059 Gemmell Road, Homer City, PA 15748-7811 |
|  | + Juart Bros. Excavating, Inc., Attn: Payroll Manager, 187 Juart Rd., Home, PA 15747-6711 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 04, 2020      Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 1, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alexandra Teresa Garcia | on behalf of Creditor Bayview Loan Servicing  LLC, a Delaware Limited Liability Company ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Ann E. Swartz | on behalf of Creditor Bayview Loan Servicing  LLC, a Delaware Limited Liability Company ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Brian Nicholas | on behalf of Creditor BAYVIEW LOAN SERVICING  LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Bayview Loan Servicing  LLC, a Delaware Limited Liability Company bnicholas@kmllawgroup.com |

Celine P. DerKrikorian
    on behalf of Creditor Bayview Loan Servicing  LLC, a Delaware Limited Liability Company ecfmail@mwc-law.com

Daniel J. Boger
    on behalf of Debtor Richard Lee Testut dnlboger@yahoo.com
    dboger@shepleylaw.com;mjury@shepleylaw.com;bk@shepleylaw.com

Daniel J. Boger
    on behalf of Joint Debtor Annette Jean Crowe dnlboger@yahoo.com
    dboger@shepleylaw.com;mjury@shepleylaw.com;bk@shepleylaw.com

Jill Manuel-Coughlin
    on behalf of Creditor BANK OF AMERICA  N.A. bankruptcy@powerskirn.com

Jon A. McKechnie
    on behalf of Joint Debtor Annette Jean Crowe jmckechnie@shepleylaw.com  bk@shepleylaw.com

Jon A. McKechnie
    on behalf of Debtor Richard Lee Testut jmckechnie@shepleylaw.com  bk@shepleylaw.com

Kristen D. Little
    on behalf of Creditor BANK OF AMERICA  N.A. pabk@logs.com, klittle@logs.com;logsecf@logs.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 13