**Fill in this information to identify the case:**

**Debtor 1**  Richard Lee Testut

**Debtor 2**
**(Spouse, if filing)**  Annette Jean Crowe

**United States Bankruptcy Court for the:** Western **District of** Pennsylvania
**(State)**

**Case number**  15-70579-JAD

---

Form 4100R

# Response to Notice of Final Cure Payment     10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1:  Mortgage Information

**Name of Creditor:** U.S. Bank Trust National Association, as Trustee of CVI LCF Mortgage Loan Trust I*

**Court claim no. (if known):** 11

**Last 4 digits** of any number you use to identify the debtor's account: XXXXXX1621

**Property address:**  1059 Gemmell Road
Number     Street

Homer City, PA 15748
City       State      ZIP Code

### Part 2:  Pre-petition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the pre-petition default on the creditor's claim

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the pre-petition default on the creditor's claim.  Creditor asserts that the total pre-petition amount remaining unpaid as of the date of this response is:    $ _____

### Part 3:  Post-petition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all post-petition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next post-petition payment from the debtor(s) is due on: 01/01/2021
MM/DD/YYYY

☐ Creditor states that the debtor(s) are not current on all post-petition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total post-petition payments due:                               (a) $        0.00
b. Total fees, charges, expenses, escrow, and costs outstanding   +(b) $        0.00
c. **Total.** Add lines a and b                                   (c) $        0.00

Creditor asserts that the debtor(s) are contractually
Obligated for the post-petition payment(s) that first became
Due on:                                              _____
                                                      MM/DD/YYYY
**\*Please note Creditor is in the process of filing a Transfer of Claim to reflect Creditor as the Transferee of this Claim. However, this Response to Notice of Final Cure is being filed to ensure Creditor's compliance with Fed. R. Bankr. P. 3002.1.**

Debtor 1   **Richard Lee Testut**   Case number 15-70579-JAD
           First Name  Middle Name  Last Name

### Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the pre-petition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all post-petition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:
- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

### Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box:*
☐ I am the creditor
☒ I am the creditor's authorized agent

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/John D. Schlotter
  Signature

Date   1/25/2021

Print   John D. Schlotter
        First Name   Middle Name   Last Name

Title   Authorized Agent for the Creditor

Company   McCalla Raymer Leibert Pierce, LLC

**If different from the notice address listed on the proof of claim to which this response applies:**

Address   1544 Old Alabama Road
          Number          Street

          Roswell, GA 30076
          City      State     Zip Code

Contact phone   678-281-6453

Email   John.Schlotter@mccalla.com

|  |  |
|---|---|
| In Re:  Richard Lee Testut<br>Annette Jean Crowe | Bankruptcy Case No.:  15-70579-JAD<br>Chapter:  13<br>Judge:  Jeffery A. Deller |

## CERTIFICATE OF SERVICE

I, John D. Schlotter, of McCalla Raymer Leibert Pierce, LLC, 1544 Old Alabama Road, Roswell, GA 30076, certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age;

That on the date below, I caused to be served a copy of the within Response to Notice of Final Cure Payment filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

Richard Lee Testut
1059 Gemmell Road
Homer City, PA 15748

Annette Jean Crowe
1059 Gemmell Road
Homer City, PA 15748

Daniel J. Boger                                                 *(served via ECF Notification)*
Harold Shepley & Associates LLC
209 W. Patriot Street
Somerset, PA 15501

Ronda J. Winnecour, Trustee                        *(served via ECF Notification)*
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of the United States Trustee               *(served via ECF Notification)*
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on:    1/25/2021        By:    */s/John D. Schlotter*
                       (date)                         John D. Schlotter,
                                                           Authorized Agent for the Creditor