**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>　RICHARD LEE TESTUT<br>ANNETTE JEAN CROWE<br>　　　　Debtor(s)<br>　Ronda J. Winnecour, Trustee<br>　　Movant<br>　　　vs.<br>　RICHARD LEE TESTUT<br>ANNETTE JEAN CROWE<br><br>　　　Respondents | Case No.15-70579JAD<br><br>Chapter 13<br><br>Related to<br>Document No. 137 |

**ORDER TO STOP PAYROLL DEDUCTIONS**

　AND NOW, this ___5th___ day of _February_, 2021, it is hereby ORDERED, ADJUDGED, and DECREED that,

Bayada Home Health Care
Attn: Payroll Manager
300 Oxford Dr
Ste 410
Monroeville, PA 15146

is hereby ordered to immediately terminate the attachment of the wages of ANNETTE JEAN CROWE, social security number XXX-XX-7094. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of ANNETTE JEAN CROWE.

BY THE COURT:

_____sjk_____

UNITED STATES BANKRUPTCY JUDGE
Jeffery A. Deller

cc: Debtor(s)
　　Debtor(s) Attorney
　　Debtor(s) Employer

FILED
2/5/21 10:16 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 15-70579-JAD |
| Richard Lee Testut | Chapter 13 |
| Annette Jean Crowe | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: mgut | Page 1 of 2 |
| Date Rcvd: Feb 05, 2021 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 07, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Richard Lee Testut, Annette Jean Crowe, 1059 Gemmell Road, Homer City, PA 15748-7811 |
| | + Bayada Home Health Care, Attn: Payroll Manager, 300 Oxford Dr. Ste. 410, Monroeville, PA 15146-6309 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 07, 2021            Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 5, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alexandra Teresa Garcia | on behalf of Creditor Bayview Loan Servicing  LLC, a Delaware Limited Liability Company ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Ann E. Swartz | on behalf of Creditor Bayview Loan Servicing  LLC, a Delaware Limited Liability Company ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Brian Nicholas | on behalf of Creditor BAYVIEW LOAN SERVICING  LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Bayview Loan Servicing  LLC, a Delaware Limited Liability Company bnicholas@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0315-7 | User: mgut | Page 2 of 2 |
| Date Rcvd: Feb 05, 2021 | Form ID: pdf900 | Total Noticed: 2 |

Celine P. DerKrikorian
    on behalf of Creditor Bayview Loan Servicing  LLC, a Delaware Limited Liability Company ecfmail@mwc-law.com

Daniel J. Boger
    on behalf of Debtor Richard Lee Testut dnlboger@yahoo.com
    dboger@shepleylaw.com;mjury@shepleylaw.com;bk@shepleylaw.com

Daniel J. Boger
    on behalf of Joint Debtor Annette Jean Crowe dnlboger@yahoo.com
    dboger@shepleylaw.com;mjury@shepleylaw.com;bk@shepleylaw.com

Jill Manuel-Coughlin
    on behalf of Creditor BANK OF AMERICA  N.A. bankruptcy@powerskirn.com

Jon A. McKechnie
    on behalf of Joint Debtor Annette Jean Crowe jmckechnie@shepleylaw.com  bk@shepleylaw.com

Jon A. McKechnie
    on behalf of Debtor Richard Lee Testut jmckechnie@shepleylaw.com  bk@shepleylaw.com

Kristen D. Little
    on behalf of Creditor BANK OF AMERICA  N.A. pabk@logs.com, klittle@logs.com;logsecf@logs.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 13