UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>RICHARD LEE TESTUT,<br>ANNETTE JEAN CROWE,<br>    Debtor(s). | Bankruptcy Case No. 15-70579-JAD<br><br>Chapter 13<br><br>Doc. No. |
| ANNETTE JEAN CROWE,<br>    Movant(s),<br><br>v.<br><br>BAYADA HOME HEALTH CARE,<br>    Respondent(s). | Related to Doc. No. 138<br><br>Responses Due:<br><br>Hearing Date and Time: |

## CERTIFICATE OF SERVICE OF ORDER GRANTING MOTION TO TERMINATE WAGE ATTACHMENT

I certify under the penalty of perjury that I served the above-captioned order on the party at the address specified below on February 9, 2021.

The type of service made on the party was First-Class United States Mail, Postage Prepaid.

Party served:

Bayada Home Health Care
Attn: Payroll Manager
300 Oxford Drive
Ste. 410
Monroeville, PA 15146


Date:   02/09/2021                                  /s/ Daniel J. Boger, Esq.
                                                    Daniel J. Boger, Esq.
                                                    Harold Shepley & Associates, LLC
                                                    209 West Patriot Street
                                                    Somerset, PA 15501
                                                    Phone: (814) 444-0500
                                                    Fax: (814) 444-0600
                                                    dboger@shepleylaw.com