**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:**<br><br>**WITHDRAWAL OF APPEARANCES BY ANN E. SWARTZ, ESQUIRE, IN VARIOUS OPEN CASES AND ENTRY OF APPEARANCE OF LAUREN M. MOYER, ESQUIRE, IN VARIOUS OPEN CASES** | Miscellaneous No. 21-00203-CMB |

## ORDER

AND NOW, this ___17th___ day of ___February___, 2021, upon consideration of the Omnibus Joint Motion to Withdraw the Appearance of Ann E. Swartz, Esquire, and Enter the Appearance of Lauren M. Moyer, Esquire, it is hereby

ORDERED that the Motion is granted, and Ann E. Swartz, Esquire, is granted leave to withdraw her appearance as counsel of record in the list of cases attached to the Motion as Exhibit "A";  and it us further

ORDERED that the appearance of Lauren M. Moyer, Esquire, is entered as counsel of record for the parties formerly represented by Ann E. Swartz, Esquire, in the list of cases attached to the Motion as Exhibit "A."

Prepared by: Lauren M. Moyer

BY THE COURT:

_____
Carlota M. Böhm
Chief United States Bankruptcy Court Judge

FILED
2/17/21 11:51 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0315−2 | User: aala | Date Created: 2/17/2021 |
| Case: 21−00203−CMB | Form ID: pdf900 | Total: 2 |

**Recipients of Notice of Electronic Filing:**
aty     Lauren Moyer     ecfmail@ecf.courtdrive.com

                                                                                        TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
ust     Office of the United States Trustee     Liberty Center.     1001 Liberty Avenue, Suite 970     Pittsburgh, PA 15222

                                                                                        TOTAL: 1