Form 408

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Richard Lee Testut
Annette Jean Crowe**
Debtor(s)

Bankruptcy Case No.: 15−70579−JAD

Chapter: 13
Docket No.: 142 − 141

**ORDER SETTING DATE CERTAIN
FOR RESPONSE AND HEARING ON MOTION**

   **AND NOW,** this The 24th of February, 2021, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

   **IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 4/5/21.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **4/14/21 at 11:00 AM in the Zoom Video Conference Application, https://www.zoomgov.com/j/16009283473, or alternatively, Mtg ID: 160 0928 3473** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **4/5/21.**

                                                           <u>Jeffery A. Deller</u>
                                                      United States Bankruptcy Judge

cm: **All Parties**

**\* For hearings scheduled in Johnstown, Pennsylvania, please be advised that the video Conferencing equipment will be utilized. This will allow the parties to appear at either Courtroom B in Johnstown, Pennsylvania, or in Courtroom D, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania,**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 15-70579-JAD |
| Richard Lee Testut | Chapter 13 |
| Annette Jean Crowe | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: jfur | Page 1 of 4 |
| Date Rcvd: Feb 24, 2021 | Form ID: 408 | Total Noticed: 48 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 26, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Richard Lee Testut, Annette Jean Crowe, 1059 Gemmell Road, Homer City, PA 15748-7811 |
| cr | + | BANK OF AMERICA, N.A., Kristen D. Little, Esquire, SHAPIRO & DENARDO, LLC, 3600 Horizon Drive, Suite 150, King of Prussia, PA 19406-4702 |
| 14093658 | | ACS, P.O. Box 371834, Pittsburgh, PA 15250-7834 |
| 14093657 | + | Aaron's Sales and Lease Ownership, 2020 Shelly Drive, Indiana, PA 15701-2388 |
| 14093659 | + | Amanda L. Crowe, 684 North Ridge Road, Shelocta, PA 15774-7320 |
| 14093660 | | Bank of America Home Loans, P.O. Box 5170, Simi Valley, CA 93062-5170 |
| 14167629 | | Bank of America, N.A., PO Box 31785, Tampa, FL 33631-3785 |
| 14093661 | + | Bouma Chiropractic Clinic, P.C., 102 Christy Park Drive, Indiana, PA 15701-1584 |
| 14344275 | | ECMC, PO BOX 16408, St. Paul, MN 55116-0408 |
| 14093664 | + | First National Bank, P.O. Box 6122, Hermitage, PA 16148-0922 |
| 14110064 | + | First National Bank of Pa., 4140 East State St, Hermitage, PA 16148-3401 |
| 14093666 | | First Premier Bank, P.O. Box 5524, Sioux Falls, SD 57117-5524 |
| 14093665 | | First Premier Bank, P.O. Box 5529, Sioux Falls, SD 57117-5529 |
| 14093668 | | Indiana Regional Imaging, PC, 7 Acee Drive, Natrona Heights, PA 15065-9700 |
| 14093670 | | Indiana Regional Medical Center, 835 Hospital Road, P.O. Box 788, Indiana, PA 15701-0788 |
| 14093672 | | Indiana Regional Medical Center, c/o Penn Credit Corporation, P.O. Box 988, Harrisburg, PA 17108-0988 |
| 14093677 | + | Latrobe Area Hospital, c/o DCI, P.O. Box 200, Greensburg, PA 15601-0200 |
| 14093678 | | Latrobe Area Hospital, c/o CBCS, P.O. Box 2724, Columbus, OH 43216-2724 |
| 14093679 | | Latrobe Hospital, Cashier, 134 Industrial Park Road, Suite 2400, Greensburg, PA 15601-7848 |
| 14093680 | + | Meaningful Beauty, P.O. Box 360252, Des Moines, IA 50336-0252 |
| 14109358 | + | NELNET NHELP-III/TRUST on behalf of MHEAC, d/b/a ASA, Keith Coburn, MHEAC d/b/a ASA, 100 Cambridge Street, Suite 1600 Boston, MA 02114-2518 |
| 15329528 | + | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14093681 | + | North Shore Agency, Inc., P.O. Box 9221, Old Bethpage, NY 11804-9021 |
| 14093685 | + | Shapiro & DeNardo, LLC, 3600 Horizon Drive, Suite 150, King of Prussia, PA 19406-4702 |
| 14762996 | | eCAST Settlement Corporation, PO Box 29262, New York NY 10087-9262 |

TOTAL: 25

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Feb 25 2021 02:46:00 | BAYVIEW LOAN SERVICING, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, FL 33146-1873 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 25 2021 02:21:36 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | | Email/PDF: rmscedi@recoverycorp.com | Feb 25 2021 02:18:41 | Recovery Management Systems Corporation, 25 S.E. Second Avenue, Suite 1120, Miami, FL 33131-1605 |

Case 15-70579-JAD  Doc 144  Filed 02/26/21  Entered 02/27/21 00:43:53  Desc
Imaged Certificate of Notice    Page 3 of 5

| District/off: 0315-7 | User: jfur | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Feb 24, 2021 | Form ID: 408 | Total Noticed: 48 |

| Recipient # | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14354916 | + | Email/Text: BKMailBayview@bayviewloanservicing.com Feb 25 2021 02:46:00 | | Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1873 |
| 14157621 | + | Email/Text: bankruptcy@consumerportfolio.com Feb 25 2021 02:54:00 | | CONSUMER PORTFOLIO SERVICES , INC., PO BOX 57071, IRVINE, CA 92619-7071 |
| 15302706 | + | Email/Text: BKMailBayview@bayviewloanservicing.com Feb 25 2021 02:46:00 | | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1873 |
| 14093662 | | Email/Text: G06041@att.com Feb 25 2021 02:54:00 | | DirecTV, P.O. Box 78626, Phoenix, AZ 85062-8626 |
| 14093663 | + | Email/Text: bankruptcydpt@mcmcg.com Feb 25 2021 02:54:00 | | First Bank of Delaware, c/o Midland Credit Management, Inc., 8875 Aero Drive, Suite 200, San Diego, CA 92123-2255 |
| 14093667 | | Email/Text: GOLF_STBankruptcy@gatewayonelending.com Feb 25 2021 02:46:00 | | Gateway One Lending & Finance, LLC, 175 N. Riverview Drive, Anaheim, CA 92808 |
| 14093669 | | Email/Text: bdsupport@creditmanagementcompany.com Feb 25 2021 02:54:00 | | Indiana Regional Medical Center, c/o Credit Management Company, P.O. Box 16346, Pittsburgh, PA 15242-0346 |
| 14093673 | | Email/Text: sbse.cio.bnc.mail@irs.gov Feb 25 2021 02:47:00 | | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14093674 | | Email/Text: JCAP_BNC_Notices@jcap.com Feb 25 2021 02:54:00 | | Jefferson Capital Systems, LLC, P.O. Box 953185, Saint Louis, MO 63195-3185 |
| 14093676 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 25 2021 02:47:00 | | Kay Jewelers, P.O. Box 3680, Akron, OH 44309-3680 |
| 14093675 | | Email/Text: BKRMailOPS@weltman.com Feb 25 2021 02:47:00 | | Kay Jewelers, P.O. Box 740425, Cincinnati, OH 45274-0425 |
| 14093682 | | Email/PDF: cbp@onemainfinancial.com Feb 25 2021 02:18:27 | | OneMain Financial, Bankruptcy Department, P.O. Box 6042, Sioux Falls, SD 57117-6042 |
| 14153058 | + | Email/PDF: cbp@onemainfinancial.com Feb 25 2021 02:21:25 | | OneMain Financial Group, LLC ASF Wells Fargo Bank,, 6801 Colwell Blvd, Mail Stop:NTSB:1310, Irving, TX 75039-3198 |
| 14381532 | | Email/Text: peritus@ebn.phinsolutions.com Feb 25 2021 02:55:00 | | PERITUS PORTFOLIO SERVICES II, LLC, PO BOX 141419, Irving, Tx 75014-1419 |
| 14093684 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 25 2021 02:18:37 | | Portfolio Recovery Associates, LLC, 120 Corporate Blvd., Norfolk, VA 23502 |
| 14093683 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 25 2021 02:18:37 | | Portfolio Recovery Associates, LLC, P.O. Box 12914, Norfolk, VA 23541 |
| 14693852 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 25 2021 02:21:37 | | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14101498 | | Email/Text: RVSVCBICNOTICE1@state.pa.us Feb 25 2021 02:54:00 | | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, Pa. 17128-0946 |
| 14096970 | | Email/Text: bnc-quantum@quantum3group.com Feb 25 2021 02:47:00 | | Quantum3 Group LLC as agent for, Sterling Jewelers Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 14098698 | | Email/PDF: rmscedi@recoverycorp.com Feb 25 2021 02:18:41 | | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |

TOTAL: 23

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| District/off: 0315-7 | User: jfur | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Feb 24, 2021 | Form ID: 408 | Total Noticed: 48 |

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Bayview Loan Servicing, LLC, a Delaware Limited Li |
| cr | | Community Loan Servicing, LLC |
| cr | | NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING |
| cr | | U.S. Bank Trust National Association, |
| cr | * | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| cr | *P++ | GATEWAY ONE LENDING & FINANCE LLC, 175 N RIVERVIEW DRIVE, ANAHEIM CA 92808-1225, address filed with court:, Gateway One Lending & Finance, LLC, 175 N. Riverview Dr., Anaheim, CA 92808 |
| cr | * | PERITUS PORTFOLIO SERVICES II, LLC, PO BOX 141419, IRVING, TX 75014-1419 |
| cr | * | eCAST Settlement Corporation, PO Box 29262, New York, NY 10087-9262 |
| 14093671 | *+ | Indiana Regional Medical Center, 835 Hospital Road, P.O. Box 788, Indiana, PA 15701-0788 |
| 14120759 | ##+ | Porania LLC, P. O. Box 11405, Memphis, TN 38111-0405 |

TOTAL: 4 Undeliverable, 5 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 26, 2021                Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 24, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alexandra Teresa Garcia | on behalf of Creditor Bayview Loan Servicing  LLC, a Delaware Limited Liability Company ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Ann E. Swartz | on behalf of Creditor Bayview Loan Servicing  LLC, a Delaware Limited Liability Company ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Brian Nicholas | on behalf of Creditor BAYVIEW LOAN SERVICING  LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Bayview Loan Servicing  LLC, a Delaware Limited Liability Company bnicholas@kmllawgroup.com |
| Celine P. DerKrikorian | on behalf of Creditor Bayview Loan Servicing  LLC, a Delaware Limited Liability Company ecfmail@mwc-law.com |
| Daniel J. Boger | on behalf of Debtor Richard Lee Testut dnlboger@yahoo.com dboger@shepleylaw.com;mjury@shepleylaw.com;bk@shepleylaw.com |
| Daniel J. Boger | on behalf of Joint Debtor Annette Jean Crowe dnlboger@yahoo.com dboger@shepleylaw.com;mjury@shepleylaw.com;bk@shepleylaw.com |
| Jill Manuel-Coughlin | on behalf of Creditor BANK OF AMERICA  N.A. bankruptcy@powerskirn.com |
| Jon A. McKechnie | on behalf of Debtor Richard Lee Testut jmckechnie@shepleylaw.com  bk@shepleylaw.com |
| Jon A. McKechnie | on behalf of Joint Debtor Annette Jean Crowe jmckechnie@shepleylaw.com  bk@shepleylaw.com |
| Kristen D. Little | |

| | | |
|---|---|---|
| District/off: 0315-7 | User: jfur | Page 4 of 4 |
| Date Rcvd: Feb 24, 2021 | Form ID: 408 | Total Noticed: 48 |

on behalf of Creditor BANK OF AMERICA N.A. pabk@logs.com, klittle@logs.com;logsecf@logs.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 13