**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

RICHARD LEE TESTUT
ANNETTE JEAN CROWE
        Debtor(s)

Ronda J. Winnecour
   Chapter 13 Trustee,
           Movant
             vs.
No Respondents.

Case No.:15-70579 JAD

Chapter 13

Document No.:

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

February 22, 2021

/s/   Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 08/18/2015  and confirmed on 11/10/15 .  The case was subsequently            Completed After Confirmation

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 217,168.52 |
| Less Refunds to Debtor | 14,072.05 | |
| TOTAL AMOUNT OF PLAN FUND | | 203,096.47 |
| | | |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 1,900.00 | |
| Trustee Fee | 9,719.92 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 11,619.92 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| NEW REZ LLC D/B/A SHELLPOINT MORTG<br>Acct: 1621 | 0.00 | 104,117.44 | 0.00 | 104,117.44 |
| NEW REZ LLC D/B/A SHELLPOINT MORTG<br>Acct: 1621 | 23,961.08 | 23,961.08 | 0.00 | 23,961.08 |
| QUANTUM3 GROUP LLC AGNT - STERLIN<br>Acct: 0911 | 520.38 | 520.38 | 0.00 | 520.38 |
| PA DEPARTMENT OF REVENUE*<br>Acct: 7094 | 1,992.18 | 1,992.18 | 205.59 | 2,197.77 |
| PERITUS PORTFOLIO SERVICES II LLC<br>Acct: 7020 | 16,574.94 | 16,574.94 | 5,883.95 | 22,458.89 |
| GATEWAY ONE LENDING & FINANCE LLC<br>Acct: 5465 | 17,869.17 | 17,869.17 | 6,140.27 | 24,009.44 |
| | | | | 177,265.00 |
| **Priority** | | | | |
| DANIEL J BOGER ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| RICHARD LEE TESTUT<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| RICHARD LEE TESTUT<br>Acct: | 7,124.76 | 7,124.76 | 0.00 | 0.00 |
| RICHARD LEE TESTUT<br>Acct: | 6,947.29 | 6,947.29 | 0.00 | 0.00 |
| HAROLD SHEPLEY & ASSOC LLC*<br>Acct: | 1,900.00 | 1,900.00 | 0.00 | 0.00 |
| JON MCKECHNIE ESQ++<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE*<br>Acct: 5465 | 3,398.91 | 3,398.91 | 0.00 | 3,398.91 |
| INTERNAL REVENUE SERVICE*<br>Acct: XXX4:12 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | 3,398.91 |
| **Unsecured** | | | | |
| ECMC(*) | 69,827.06 | 8,887.37 | 0.00 | 8,887.37 |

15-70579 JAD

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| Acct: 7094 | | | | |
| BOUMA CHIROPRACTICS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2286 | | | | |
| DIRECTV (*) - TRUSTEE PAYMENTS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| MIDLAND CREDIT MANAGEMENT INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6444 | | | | |
| FIRST PREMIER BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9951 | | | | |
| INDIANA REGIONAL IMAGING | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7454 | | | | |
| CMC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXX9754 | | | | |
| INDIANA REGIONAL MEDICAL CNTR | 4,056.88 | 516.35 | 0.00 | 516.35 |
| Acct: XXXXXXXXXXXXXX9380 | | | | |
| INDIANA REGIONAL MEDICAL CNTR | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4084 | | | | |
| PENN CREDIT CORP++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9380 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1521 | | | | |
| DIVERSIFIED COLLECTIONS*++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXX0695 | | | | |
| CBCS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXX1333 | | | | |
| LATROBE HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9289 | | | | |
| MEANINGFUL BEAUTY++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9438 | | | | |
| PRA RECEIVABLES MANAGEMENT LLC - / | 4,543.46 | 578.28 | 0.00 | 578.28 |
| Acct: 3377 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2883 | | | | |
| INTERNAL REVENUE SERVICE* | 3,827.19 | 487.11 | 0.00 | 487.11 |
| Acct: 7094 | | | | |
| PA DEPARTMENT OF REVENUE* | 1,198.99 | 152.61 | 0.00 | 152.61 |
| Acct: 7094 | | | | |
| PORANIA LLC | 1,500.00 | 190.92 | 0.00 | 190.92 |
| Acct: 2254 | | | | |
| ECAST SETTLEMENT CORP | 863.69 | 0.00 | 0.00 | 0.00 |
| Acct: 1488 | | | | |
| ORION++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 10,812.64 |

TOTAL PAID TO CREDITORS                                                       191,476.55

TOTAL CLAIMED
PRIORITY            3,398.91
SECURED            60,917.75
UNSECURED          85,817.27

Date: 02/22/2021

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    RICHARD LEE TESTUT
    ANNETTE JEAN CROWE
         Debtor(s)

    Ronda J. Winnecour
         Movant
         vs.
    No Repondents.

Case No.:15-70579 JAD

Chapter 13

Document No.:

ORDER OF COURT

AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                    Case No. 15-70579-JAD

Richard Lee Testut                                                         Chapter 13

Annette Jean Crowe

    Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: jfur | Page 1 of 4 |
| Date Rcvd: Feb 24, 2021 | Form ID: pdf900 | Total Noticed: 48 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 26, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Richard Lee Testut, Annette Jean Crowe, 1059 Gemmell Road, Homer City, PA 15748-7811 |
| cr | + | BANK OF AMERICA, N.A., Kristen D. Little, Esquire, SHAPIRO & DENARDO, LLC, 3600 Horizon Drive, Suite 150, King of Prussia, PA 19406-4702 |
| 14093658 | | ACS, P.O. Box 371834, Pittsburgh, PA 15250-7834 |
| 14093657 | + | Aaron's Sales and Lease Ownership, 2020 Shelly Drive, Indiana, PA 15701-2388 |
| 14093659 | + | Amanda L. Crowe, 684 North Ridge Road, Shelocta, PA 15774-7320 |
| 14093660 | | Bank of America Home Loans, P.O. Box 5170, Simi Valley, CA 93062-5170 |
| 14167629 | | Bank of America, N.A., PO Box 31785, Tampa, FL 33631-3785 |
| 14093661 | + | Bouma Chiropractic Clinic, P.C., 102 Christy Park Drive, Indiana, PA 15701-1584 |
| 14344275 | | ECMC, PO BOX 16408, St. Paul, MN 55116-0408 |
| 14093664 | + | First National Bank, P.O. Box 6122, Hermitage, PA 16148-0922 |
| 14110064 | + | First National Bank of Pa., 4140 East State St, Hermitage, PA 16148-3401 |
| 14093666 | | First Premier Bank, P.O. Box 5524, Sioux Falls, SD 57117-5524 |
| 14093665 | | First Premier Bank, P.O. Box 5529, Sioux Falls, SD 57117-5529 |
| 14093668 | | Indiana Regional Imaging, PC, 7 Acee Drive, Natrona Heights, PA 15065-9700 |
| 14093670 | | Indiana Regional Medical Center, 835 Hospital Road, P.O. Box 788, Indiana, PA 15701-0788 |
| 14093672 | | Indiana Regional Medical Center, c/o Penn Credit Corporation, P.O. Box 988, Harrisburg, PA 17108-0988 |
| 14093677 | + | Latrobe Area Hospital, c/o DCI, P.O. Box 200, Greensburg, PA 15601-0200 |
| 14093678 | | Latrobe Area Hospital, c/o CBCS, P.O. Box 2724, Columbus, OH 43216-2724 |
| 14093679 | | Latrobe Hospital, Cashier, 134 Industrial Park Road, Suite 2400, Greensburg, PA 15601-7848 |
| 14093680 | + | Meaningful Beauty, P.O. Box 360252, Des Moines, IA 50336-0252 |
| 14109358 | + | NELNET NHELP-III/TRUST on behalf of MHEAC, d/b/a ASA, Keith Coburn, MHEAC d/b/a ASA, 100 Cambridge Street, Suite 1600 Boston, MA 02114-2518 |
| 15329528 | + | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14093681 | + | North Shore Agency, Inc., P.O. Box 9221, Old Bethpage, NY 11804-9021 |
| 14093685 | + | Shapiro & DeNardo, LLC, 3600 Horizon Drive, Suite 150, King of Prussia, PA 19406-4702 |
| 14762996 | | eCAST Settlement Corporation, PO Box 29262, New York NY 10087-9262 |

TOTAL: 25

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Feb 25 2021 02:46:00 | BAYVIEW LOAN SERVICING, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, FL 33146-1873 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 25 2021 02:21:37 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | | Email/PDF: rmscedi@recoverycorp.com | Feb 25 2021 02:18:42 | Recovery Management Systems Corporation, 25 S.E. Second Avenue, Suite 1120, Miami, FL 33131-1605 |

District/off: 0315-7 | User: jfur | Page 2 of 4
Date Rcvd: Feb 24, 2021 | Form ID: pdf900 | Total Noticed: 48

| | | | |
|---|---|---|---|
| 14354916 | + Email/Text: BKMailBayview@bayviewloanservicing.com | Feb 25 2021 02:46:00 | Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1873 |
| 14157621 | + Email/Text: bankruptcy@consumerportfolio.com | Feb 25 2021 02:54:00 | CONSUMER PORTFOLIO SERVICES , INC., PO BOX 57071, IRVINE, CA 92619-7071 |
| 15302706 | + Email/Text: BKMailBayview@bayviewloanservicing.com | Feb 25 2021 02:46:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1873 |
| 14093662 | Email/Text: G06041@att.com | Feb 25 2021 02:54:00 | DirecTV, P.O. Box 78626, Phoenix, AZ 85062-8626 |
| 14093663 | + Email/Text: bankruptcydpt@mcmcg.com | Feb 25 2021 02:54:00 | First Bank of Delaware, c/o Midland Credit Management, Inc., 8875 Aero Drive, Suite 200, San Diego, CA 92123-2255 |
| 14093667 | Email/Text: GOLF_STBankruptcy@gatewayonelending.com | Feb 25 2021 02:46:00 | Gateway One Lending & Finance, LLC, 175 N. Riverview Drive, Anaheim, CA 92808 |
| 14093669 | Email/Text: bdsupport@creditmanagementcompany.com | Feb 25 2021 02:54:00 | Indiana Regional Medical Center, c/o Credit Management Company, P.O. Box 16346, Pittsburgh, PA 15242-0346 |
| 14093673 | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 25 2021 02:47:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14093674 | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 25 2021 02:54:00 | Jefferson Capital Systems, LLC, P.O. Box 953185, Saint Louis, MO 63195-3185 |
| 14093676 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 25 2021 02:47:00 | Kay Jewelers, P.O. Box 3680, Akron, OH 44309-3680 |
| 14093675 | Email/Text: BKRMailOPS@weltman.com | Feb 25 2021 02:47:00 | Kay Jewelers, P.O. Box 740425, Cincinnati, OH 45274-0425 |
| 14093682 | Email/PDF: cbp@onemainfinancial.com | Feb 25 2021 02:24:20 | OneMain Financial, Bankruptcy Department, P.O. Box 6042, Sioux Falls, SD 57117-6042 |
| 14153058 | + Email/PDF: cbp@onemainfinancial.com | Feb 25 2021 02:18:27 | OneMain Financial Group, LLC ASF Wells Fargo Bank,, 6801 Colwell Blvd, Mail Stop:NTSB:1310, Irving, TX 75039-3198 |
| 14381532 | Email/Text: peritus@ebn.phinsolutions.com | Feb 25 2021 02:55:00 | PERITUS PORTFOLIO SERVICES II, LLC, PO BOX 141419, Irving, Tx 75014-1419 |
| 14093684 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 25 2021 02:18:39 | Portfolio Recovery Associates, LLC, 120 Corporate Blvd., Norfolk, VA 23502 |
| 14093683 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 25 2021 02:24:31 | Portfolio Recovery Associates, LLC, P.O. Box 12914, Norfolk, VA 23541 |
| 14693852 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 25 2021 02:21:37 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14101498 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 25 2021 02:54:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, Pa. 17128-0946 |
| 14096970 | Email/Text: bnc-quantum@quantum3group.com | Feb 25 2021 02:47:00 | Quantum3 Group LLC as agent for, Sterling Jewelers Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 14098698 | Email/PDF: rmscedi@recoverycorp.com | Feb 25 2021 02:21:40 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |

TOTAL: 23

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

District/off: 0315-7

Date Rcvd: Feb 24, 2021

User: jfur

Form ID: pdf900

Page 3 of 4

Total Noticed: 48

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Bayview Loan Servicing, LLC, a Delaware Limited Li |
| cr | | Community Loan Servicing, LLC |
| cr | | NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING |
| cr | | U.S. Bank Trust National Association, |
| cr | * | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| cr | *P++ | GATEWAY ONE LENDING & FINANCE LLC, 175 N RIVERVIEW DRIVE, ANAHEIM CA 92808-1225, address filed with court:, Gateway One Lending & Finance, LLC, 175 N. Riverview Dr., Anaheim, CA 92808 |
| cr | * | PERITUS PORTFOLIO SERVICES II, LLC, PO BOX 141419, IRVING, TX 75014-1419 |
| cr | * | eCAST Settlement Corporation, PO Box 29262, New York, NY 10087-9262 |
| 14093671 | *+ | Indiana Regional Medical Center, 835 Hospital Road, P.O. Box 788, Indiana, PA 15701-0788 |
| 14120759 | ##+ | Porania LLC, P. O. Box 11405, Memphis, TN 38111-0405 |

TOTAL: 4 Undeliverable, 5 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 26, 2021                Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 22, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alexandra Teresa Garcia | on behalf of Creditor Bayview Loan Servicing  LLC, a Delaware Limited Liability Company ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Ann E. Swartz | on behalf of Creditor Bayview Loan Servicing  LLC, a Delaware Limited Liability Company ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Brian Nicholas | on behalf of Creditor BAYVIEW LOAN SERVICING  LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Bayview Loan Servicing  LLC, a Delaware Limited Liability Company bnicholas@kmllawgroup.com |
| Celine P. DerKrikorian | on behalf of Creditor Bayview Loan Servicing  LLC, a Delaware Limited Liability Company ecfmail@mwc-law.com |
| Daniel J. Boger | on behalf of Debtor Richard Lee Testut dnlboger@yahoo.com dboger@shepleylaw.com;mjury@shepleylaw.com;bk@shepleylaw.com |
| Daniel J. Boger | on behalf of Joint Debtor Annette Jean Crowe dnlboger@yahoo.com dboger@shepleylaw.com;mjury@shepleylaw.com;bk@shepleylaw.com |
| Jill Manuel-Coughlin | on behalf of Creditor BANK OF AMERICA  N.A. bankruptcy@powerskirn.com |
| Jon A. McKechnie | on behalf of Debtor Richard Lee Testut jmckechnie@shepleylaw.com  bk@shepleylaw.com |
| Jon A. McKechnie | on behalf of Joint Debtor Annette Jean Crowe jmckechnie@shepleylaw.com  bk@shepleylaw.com |
| Kristen D. Little | |

District/off: 0315-7                     User: jfur                                    Page 4 of 4
Date Rcvd: Feb 24, 2021                  Form ID: pdf900                               Total Noticed: 48

on behalf of Creditor BANK OF AMERICA  N.A. pabk@logs.com, klittle@logs.com;logsecf@logs.com

Office of the United States Trustee
                        ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
                        cmecf@chapter13trusteewdpa.com


TOTAL: 13