| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Richard Lee Testut**<br>First Name    Middle Name    Last Name | Social Security number or ITIN    xxx–xx–5465<br>EIN    _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | **Annette Jean Crowe**<br>First Name    Middle Name    Last Name | Social Security number or ITIN    xxx–xx–7094<br>EIN    _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court    **WESTERN DISTRICT OF PENNSYLVANIA** | | |
| Case number:    **15–70579–JAD** | | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Richard Lee Testut                                    Annette Jean Crowe

<u>4/6/21</u>                                                    **By the court:**    <u>Jeffery A. Deller</u>
                                                                                        United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 15-70579-JAD |
| Richard Lee Testut | Chapter 13 |
| Annette Jean Crowe | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: mgut | Page 1 of 4 |
| Date Rcvd: Apr 06, 2021 | Form ID: 3180W | Total Noticed: 49 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 08, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Richard Lee Testut, Annette Jean Crowe, 1059 Gemmell Road, Homer City, PA 15748-7811 |
| cr | + | BANK OF AMERICA, N.A., Kristen D. Little, Esquire, SHAPIRO & DENARDO, LLC, 3600 Horizon Drive, Suite 150, King of Prussia, PA 19406-4702 |
| cr | + | BAYVIEW LOAN SERVICING, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, FL 33146-1873 |
| 14093658 | | ACS, P.O. Box 371834, Pittsburgh, PA 15250-7834 |
| 14093659 | + | Amanda L. Crowe, 684 North Ridge Road, Shelocta, PA 15774-7320 |
| 14354916 | + | Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1873 |
| 14093661 | + | Bouma Chiropractic Clinic, P.C., 102 Christy Park Drive, Indiana, PA 15701-1584 |
| 15302706 | + | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1873 |
| 14093664 | + | First National Bank, P.O. Box 6122, Hermitage, PA 16148-0922 |
| 14110064 | + | First National Bank of Pa., 4140 East State St, Hermitage, PA 16148-3401 |
| 14093668 | | Indiana Regional Imaging, PC, 7 Acee Drive, Natrona Heights, PA 15065-9700 |
| 14093670 | | Indiana Regional Medical Center, 835 Hospital Road, P.O. Box 788, Indiana, PA 15701-0788 |
| 14093672 | | Indiana Regional Medical Center, c/o Penn Credit Corporation, P.O. Box 988, Harrisburg, PA 17108-0988 |
| 14093677 | + | Latrobe Area Hospital, c/o DCI, P.O. Box 200, Greensburg, PA 15601-0200 |
| 14093678 | | Latrobe Area Hospital, c/o CBCS, P.O. Box 2724, Columbus, OH 43216-2724 |
| 14093679 | | Latrobe Hospital, Cashier, 134 Industrial Park Road, Suite 2400, Greensburg, PA 15601-7848 |
| 14093680 | + | Meaningful Beauty, P.O. Box 360252, Des Moines, IA 50336-0252 |
| 14109358 | + | NELNET NHELP-III/TRUST on behalf of MHEAC, d/b/a ASA, Keith Coburn, MHEAC d/b/a ASA, 100 Cambridge Street, Suite 1600 Boston, MA 02114-2518 |
| 15329528 | + | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14093681 | #+ | North Shore Agency, Inc., P.O. Box 9221, Old Bethpage, NY 11804-9021 |
| 14093685 | + | Shapiro & DeNardo, LLC, 3600 Horizon Drive, Suite 150, King of Prussia, PA 19406-4702 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Apr 07 2021 03:23:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 07 2021 04:45:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: LCIBAYLN | Apr 07 2021 03:23:00 | BAYVIEW LOAN SERVICING, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, FL 33146-1873 |

Case 15-70579-JAD   Doc 148   Filed 04/08/21   Entered 04/09/21 00:43:08   Desc
Imaged Certificate of Notice   Page 4 of 6

| District/off: 0315-7 | User: mgut | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Apr 06, 2021 | Form ID: 3180W | Total Noticed: 49 |

| | | | | |
|---|---|---|---|---|
| cr | | + EDI: PRA.COM | Apr 07 2021 03:23:00 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | | EDI: RECOVERYCORP.COM | Apr 07 2021 03:28:00 | Recovery Management Systems Corporation, 25 S.E. Second Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14093657 | | + EDI: AAEO.COM | Apr 07 2021 03:28:00 | Aaron's Sales and Lease Ownership, 2020 Shelly Drive, Indiana, PA 15701-2388 |
| 14093660 | | EDI: BANKAMER.COM | Apr 07 2021 03:23:00 | Bank of America Home Loans, P.O. Box 5170, Simi Valley, CA 93062-5170 |
| 14167629 | | EDI: BANKAMER.COM | Apr 07 2021 03:23:00 | Bank of America, N.A., PO Box 31785, Tampa, FL 33631-3785 |
| 14354916 | | + EDI: LCIBAYLN | Apr 07 2021 03:23:00 | Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1873 |
| 14157621 | | + Email/Text: bankruptcy@consumerportfolio.com | Apr 07 2021 04:46:00 | CONSUMER PORTFOLIO SERVICES , INC., PO BOX 57071, IRVINE, CA 92619-7071 |
| 15302706 | | + EDI: LCIBAYLN | Apr 07 2021 03:23:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1873 |
| 14093662 | | EDI: DIRECTV.COM | Apr 07 2021 03:28:00 | DirecTV, P.O. Box 78626, Phoenix, AZ 85062-8626 |
| 14344275 | | EDI: ECMC.COM | Apr 07 2021 03:23:00 | ECMC, PO BOX 16408, St. Paul, MN 55116-0408 |
| 14093663 | | + EDI: MID8.COM | Apr 07 2021 03:23:00 | First Bank of Delaware, c/o Midland Credit Management, Inc., 8875 Aero Drive, Suite 200, San Diego, CA 92123-2255 |
| 14093666 | | EDI: AMINFOFP.COM | Apr 07 2021 03:23:00 | First Premier Bank, P.O. Box 5524, Sioux Falls, SD 57117-5524 |
| 14093665 | | EDI: AMINFOFP.COM | Apr 07 2021 03:23:00 | First Premier Bank, P.O. Box 5529, Sioux Falls, SD 57117-5529 |
| 14093667 | | Email/Text: GOLF_STBankruptcy@gatewayonelending.com | Apr 07 2021 04:44:00 | Gateway One Lending & Finance, LLC, 175 N. Riverview Drive, Anaheim, CA 92808 |
| 14093669 | | Email/Text: bdsupport@creditmanagementcompany.com | Apr 07 2021 04:46:00 | Indiana Regional Medical Center, c/o Credit Management Company, P.O. Box 16346, Pittsburgh, PA 15242-0346 |
| 14093673 | | EDI: IRS.COM | Apr 07 2021 03:23:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14093674 | | EDI: JEFFERSONCAP.COM | Apr 07 2021 03:28:00 | Jefferson Capital Systems, LLC, P.O. Box 953185, Saint Louis, MO 63195-3185 |
| 14093676 | | + EDI: WFNNB.COM | Apr 07 2021 03:23:00 | Kay Jewelers, P.O. Box 3680, Akron, OH 44309-3680 |
| 14093675 | | Email/Text: BKRMailOPS@weltman.com | Apr 07 2021 04:45:00 | Kay Jewelers, P.O. Box 740425, Cincinnati, OH 45274-0425 |
| 14093682 | | EDI: AGFINANCE.COM | Apr 07 2021 03:23:00 | OneMain Financial, Bankruptcy Department, P.O. Box 6042, Sioux Falls, SD 57117-6042 |
| 14153058 | | + EDI: AGFINANCE.COM | Apr 07 2021 03:23:00 | OneMain Financial Group, LLC ASF Wells Fargo Bank,, 6801 Colwell Blvd, Mail Stop:NTSB:1310, Irving, TX 75039-3198 |
| 14381532 | | Email/Text: peritus@ebn.phinsolutions.com | Apr 07 2021 04:46:00 | PERITUS PORTFOLIO SERVICES II, LLC, PO BOX 141419, Irving, Tx 75014-1419 |
| 14093684 | | EDI: PRA.COM | Apr 07 2021 03:23:00 | Portfolio Recovery Associates, LLC, 120 Corporate Blvd., Norfolk, VA 23502 |
| 14093683 | | EDI: PRA.COM | Apr 07 2021 03:23:00 | Portfolio Recovery Associates, LLC, P.O. Box |

| District/off: 0315-7 | User: mgut | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Apr 06, 2021 | Form ID: 3180W | Total Noticed: 49 |

| | | | | |
|---|---|---|---|---|
| 14693852 | EDI: PRA.COM | | | 12914, Norfolk, VA 23541 |
| | | | Apr 07 2021 03:23:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14101498 | EDI: PENNDEPTREV | | Apr 07 2021 03:23:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, Pa. 17128-0946 |
| 14101498 | Email/Text: RVSVCBICNOTICE1@state.pa.us | | Apr 07 2021 04:45:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, Pa. 17128-0946 |
| 14096970 | EDI: Q3G.COM | | Apr 07 2021 03:23:00 | Quantum3 Group LLC as agent for, Sterling Jewelers Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 14098698 | EDI: RECOVERYCORP.COM | | Apr 07 2021 03:28:00 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14762996 | EDI: ECAST.COM | | Apr 07 2021 03:23:00 | eCAST Settlement Corporation, PO Box 29262, New York NY 10087-9262 |

TOTAL: 33

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Bayview Loan Servicing, LLC, a Delaware Limited Li |
| cr | | Community Loan Servicing, LLC |
| cr | | NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING |
| cr | | U.S. Bank Trust National Association, |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | * | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| cr | *P++ | GATEWAY ONE LENDING & FINANCE LLC, 175 N RIVERVIEW DRIVE, ANAHEIM CA 92808-1225, address filed with court:, Gateway One Lending & Finance, LLC, 175 N. Riverview Dr., Anaheim, CA 92808 |
| cr | * | PERITUS PORTFOLIO SERVICES II, LLC, PO BOX 141419, IRVING, TX 75014-1419 |
| cr | * | eCAST Settlement Corporation, PO Box 29262, New York, NY 10087-9262 |
| 14093671 | *+ | Indiana Regional Medical Center, 835 Hospital Road, P.O. Box 788, Indiana, PA 15701-0788 |
| 14120759 | ##+ | Porania LLC, P. O. Box 11405, Memphis, TN 38111-0405 |

TOTAL: 4 Undeliverable, 6 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 08, 2021            Signature:      /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 6, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|

| | | |
|---|---|---|
| District/off: 0315-7 | User: mgut | Page 4 of 4 |
| Date Rcvd: Apr 06, 2021 | Form ID: 3180W | Total Noticed: 49 |

Alexandra Teresa Garcia
    on behalf of Creditor Bayview Loan Servicing  LLC, a Delaware Limited Liability Company ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com

Brian Nicholas
    on behalf of Creditor BAYVIEW LOAN SERVICING  LLC bnicholas@kmllawgroup.com

Brian Nicholas
    on behalf of Creditor Bayview Loan Servicing  LLC, a Delaware Limited Liability Company bnicholas@kmllawgroup.com

Celine P. DerKrikorian
    on behalf of Creditor Bayview Loan Servicing  LLC, a Delaware Limited Liability Company ecfmail@mwc-law.com

Daniel J. Boger
    on behalf of Debtor Richard Lee Testut dnlboger@yahoo.com dboger@shepleylaw.com;mjury@shepleylaw.com;bk@shepleylaw.com

Daniel J. Boger
    on behalf of Joint Debtor Annette Jean Crowe dnlboger@yahoo.com dboger@shepleylaw.com;mjury@shepleylaw.com;bk@shepleylaw.com

Jill Manuel-Coughlin
    on behalf of Creditor BANK OF AMERICA  N.A. bankruptcy@powerskirn.com

Jon A. McKechnie
    on behalf of Debtor Richard Lee Testut jmckechnie@shepleylaw.com  bk@shepleylaw.com

Jon A. McKechnie
    on behalf of Joint Debtor Annette Jean Crowe jmckechnie@shepleylaw.com  bk@shepleylaw.com

Kristen D. Little
    on behalf of Creditor BANK OF AMERICA  N.A. pabk@logs.com, klittle@logs.com;logsecf@logs.com

Lauren Moyer
    on behalf of Creditor Bayview Loan Servicing  LLC, a Delaware Limited Liability Company ecfmail@ecf.courtdrive.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 13