IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

**DEFAULT O/E JAD**

IN RE:
RICHARD LEE TESTUT
ANNETTE JEAN CROWE
    Debtor(s)

Ronda J. Winnecour
    Movant
vs.
No Repondents.

Case No.:15-70579 JAD

Chapter 13

Document No.: 141

FILED
4/6/21 1:44 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

ORDER OF COURT

AND NOW, this __6th__ day of __April__, 20__21__, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT

jsf

U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 15-70579-JAD |
| Richard Lee Testut | Chapter 13 |
| Annette Jean Crowe | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: mgut | Page 1 of 4 |
| Date Rcvd: Apr 06, 2021 | Form ID: pdf900 | Total Noticed: 48 |

The following symbols are used throughout this certificate:

**Symbol**  **Definition**

\+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++  Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

\#  Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\##  Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 08, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Richard Lee Testut, Annette Jean Crowe, 1059 Gemmell Road, Homer City, PA 15748-7811 |
| cr | + | BANK OF AMERICA, N.A., Kristen D. Little, Esquire, SHAPIRO & DENARDO, LLC, 3600 Horizon Drive, Suite 150, King of Prussia, PA 19406-4702 |
| 14093658 | | ACS, P.O. Box 371834, Pittsburgh, PA 15250-7834 |
| 14093657 | + | Aaron's Sales and Lease Ownership, 2020 Shelly Drive, Indiana, PA 15701-2388 |
| 14093659 | + | Amanda L. Crowe, 684 North Ridge Road, Shelocta, PA 15774-7320 |
| 14093660 | | Bank of America Home Loans, P.O. Box 5170, Simi Valley, CA 93062-5170 |
| 14167629 | | Bank of America, N.A., PO Box 31785, Tampa, FL 33631-3785 |
| 14093661 | + | Bouma Chiropractic Clinic, P.C., 102 Christy Park Drive, Indiana, PA 15701-1584 |
| 14344275 | | ECMC, PO BOX 16408, St. Paul, MN 55116-0408 |
| 14093664 | + | First National Bank, P.O. Box 6122, Hermitage, PA 16148-0922 |
| 14110064 | + | First National Bank of Pa., 4140 East State St, Hermitage, PA 16148-3401 |
| 14093666 | | First Premier Bank, P.O. Box 5524, Sioux Falls, SD 57117-5524 |
| 14093665 | | First Premier Bank, P.O. Box 5529, Sioux Falls, SD 57117-5529 |
| 14093668 | | Indiana Regional Imaging, PC, 7 Acee Drive, Natrona Heights, PA 15065-9700 |
| 14093670 | | Indiana Regional Medical Center, 835 Hospital Road, P.O. Box 788, Indiana, PA 15701-0788 |
| 14093672 | | Indiana Regional Medical Center, c/o Penn Credit Corporation, P.O. Box 988, Harrisburg, PA 17108-0988 |
| 14093677 | + | Latrobe Area Hospital, c/o DCI, P.O. Box 200, Greensburg, PA 15601-0200 |
| 14093678 | | Latrobe Area Hospital, c/o CBCS, P.O. Box 2724, Columbus, OH 43216-2724 |
| 14093679 | | Latrobe Hospital, Cashier, 134 Industrial Park Road, Suite 2400, Greensburg, PA 15601-7848 |
| 14093680 | + | Meaningful Beauty, P.O. Box 360252, Des Moines, IA 50336-0252 |
| 14109358 | + | NELNET NHELP-III/TRUST on behalf of MHEAC, d/b/a ASA, Keith Coburn, MHEAC d/b/a ASA, 100 Cambridge Street, Suite 1600 Boston, MA 02114-2518 |
| 15329528 | + | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14093681 | #+ | North Shore Agency, Inc., P.O. Box 9221, Old Bethpage, NY 11804-9021 |
| 14093685 | + | Shapiro & DeNardo, LLC, 3600 Horizon Drive, Suite 150, King of Prussia, PA 19406-4702 |
| 14762996 | | eCAST Settlement Corporation, PO Box 29262, New York NY 10087-9262 |

TOTAL: 25

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Apr 07 2021 04:45:00 | BAYVIEW LOAN SERVICING, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, FL 33146-1873 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 07 2021 05:14:07 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | | Email/PDF: rmscedi@recoverycorp.com | Apr 07 2021 05:26:19 | Recovery Management Systems Corporation, 25 |

| District/off: 0315-7 | User: mgut | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Apr 06, 2021 | Form ID: pdf900 | Total Noticed: 48 |

| | | | | |
|---|---|---|---|---|
| | | | | S.E. Second Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14354916 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Apr 07 2021 04:44:00 | Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1873 |
| 14157621 | + | Email/Text: bankruptcy@consumerportfolio.com | Apr 07 2021 04:46:00 | CONSUMER PORTFOLIO SERVICES , INC., PO BOX 57071, IRVINE, CA 92619-7071 |
| 15302706 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Apr 07 2021 04:45:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1873 |
| 14093662 | | Email/Text: G06041@att.com | Apr 07 2021 04:46:00 | DirecTV, P.O. Box 78626, Phoenix, AZ 85062-8626 |
| 14093663 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 07 2021 04:45:00 | First Bank of Delaware, c/o Midland Credit Management, Inc., 8875 Aero Drive, Suite 200, San Diego, CA 92123-2255 |
| 14093667 | | Email/Text: GOLF_STBankruptcy@gatewayonelending.com | Apr 07 2021 04:44:00 | Gateway One Lending & Finance, LLC, 175 N. Riverview Drive, Anaheim, CA 92808 |
| 14093669 | | Email/Text: bdsupport@creditmanagementcompany.com | Apr 07 2021 04:46:00 | Indiana Regional Medical Center, c/o Credit Management Company, P.O. Box 16346, Pittsburgh, PA 15242-0346 |
| 14093673 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 07 2021 04:45:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14093674 | | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 07 2021 04:46:00 | Jefferson Capital Systems, LLC, P.O. Box 953185, Saint Louis, MO 63195-3185 |
| 14093676 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 07 2021 04:45:00 | Kay Jewelers, P.O. Box 3680, Akron, OH 44309-3680 |
| 14093675 | | Email/Text: BKRMailOPS@weltman.com | Apr 07 2021 04:45:00 | Kay Jewelers, P.O. Box 740425, Cincinnati, OH 45274-0425 |
| 14093682 | | Email/PDF: cbp@onemainfinancial.com | Apr 07 2021 05:25:44 | OneMain Financial, Bankruptcy Department, P.O. Box 6042, Sioux Falls, SD 57117-6042 |
| 14153058 | + | Email/PDF: cbp@onemainfinancial.com | Apr 07 2021 05:13:51 | OneMain Financial Group, LLC ASF Wells Fargo Bank,, 6801 Colwell Blvd, Mail Stop:NTSB:1310, Irving, TX 75039-3198 |
| 14381532 | | Email/Text: peritus@ebn.phinsolutions.com | Apr 07 2021 04:46:00 | PERITUS PORTFOLIO SERVICES II, LLC, PO BOX 141419, Irving, Tx 75014-1419 |
| 14093684 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 07 2021 05:26:08 | Portfolio Recovery Associates, LLC, 120 Corporate Blvd., Norfolk, VA 23502 |
| 14093683 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 07 2021 05:14:07 | Portfolio Recovery Associates, LLC, P.O. Box 12914, Norfolk, VA 23541 |
| 14693852 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 07 2021 05:14:05 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14101498 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 07 2021 04:45:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, Pa. 17128-0946 |
| 14096970 | | Email/Text: bnc-quantum@quantum3group.com | Apr 07 2021 04:45:00 | Quantum3 Group LLC as agent for, Sterling Jewelers Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 14098698 | | Email/PDF: rmscedi@recoverycorp.com | Apr 07 2021 05:03:54 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |

TOTAL: 23

# BYPASSED RECIPIENTS

| District/off: 0315-7 | User: mgut | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Apr 06, 2021 | Form ID: pdf900 | Total Noticed: 48 |

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Bayview Loan Servicing, LLC, a Delaware Limited Li |
| cr | | Community Loan Servicing, LLC |
| cr | | NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING |
| cr | | U.S. Bank Trust National Association, |
| cr | * | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| cr | *P++ | GATEWAY ONE LENDING & FINANCE LLC, 175 N RIVERVIEW DRIVE, ANAHEIM CA 92808-1225, address filed with court:, Gateway One Lending & Finance, LLC, 175 N. Riverview Dr., Anaheim, CA 92808 |
| cr | * | PERITUS PORTFOLIO SERVICES II, LLC, PO BOX 141419, IRVING, TX 75014-1419 |
| cr | * | eCAST Settlement Corporation, PO Box 29262, New York, NY 10087-9262 |
| 14093671 | *+ | Indiana Regional Medical Center, 835 Hospital Road, P.O. Box 788, Indiana, PA 15701-0788 |
| 14120759 | ##+ | Porania LLC, P. O. Box 11405, Memphis, TN 38111-0405 |

TOTAL: 4 Undeliverable, 5 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 08, 2021        Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 6, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alexandra Teresa Garcia | on behalf of Creditor Bayview Loan Servicing LLC, a Delaware Limited Liability Company ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Brian Nicholas | on behalf of Creditor BAYVIEW LOAN SERVICING LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Bayview Loan Servicing LLC, a Delaware Limited Liability Company bnicholas@kmllawgroup.com |
| Celine P. DerKrikorian | on behalf of Creditor Bayview Loan Servicing LLC, a Delaware Limited Liability Company ecfmail@mwc-law.com |
| Daniel J. Boger | on behalf of Debtor Richard Lee Testut dnlboger@yahoo.com dboger@shepleylaw.com;mjury@shepleylaw.com;bk@shepleylaw.com |
| Daniel J. Boger | on behalf of Joint Debtor Annette Jean Crowe dnlboger@yahoo.com dboger@shepleylaw.com;mjury@shepleylaw.com;bk@shepleylaw.com |
| Jill Manuel-Coughlin | on behalf of Creditor BANK OF AMERICA N.A. bankruptcy@powerskirn.com |
| Jon A. McKechnie | on behalf of Debtor Richard Lee Testut jmckechnie@shepleylaw.com bk@shepleylaw.com |
| Jon A. McKechnie | on behalf of Joint Debtor Annette Jean Crowe jmckechnie@shepleylaw.com bk@shepleylaw.com |
| Kristen D. Little | on behalf of Creditor BANK OF AMERICA N.A. pabk@logs.com, klittle@logs.com;logsecf@logs.com |
| Lauren Moyer | |

| | | |
|---|---|---|
| District/off: 0315-7 | User: mgut | Page 4 of 4 |
| Date Rcvd: Apr 06, 2021 | Form ID: pdf900 | Total Noticed: 48 |

on behalf of Creditor Bayview Loan Servicing  LLC, a Delaware Limited Liability Company ecfmail@ecf.courtdrive.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 13